# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:20−cr−00503−1

| | |
|---|---|
| Case title: USA v. Manor | Date Filed: 10/20/2020 |
| | Date Terminated: 06/11/2021 |

Assigned to: Judge Sim Lake

**Defendant (1)**

| | | |
|---|---|---|
| **Deleon A Manor**<br>*Unsecured 10,000 bond*<br>*TERMINATED: 06/11/2021* | represented by | **Kevin McGuire Cobb**<br>Federal Public Defender<br>440 Louisiana St<br>Ste 1350<br>Houston, TX 77002<br>713−718−4600<br>Fax: 713−718−4610<br>Email: kevin_cobb@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| DELAY OR DESTRUCTION OF MAIL BY POSTAL EMPLOYEE<br>(1) | 2 yrs probation; No fine; Restitution in amount of $60.00 to victims; $100 Special Assessment. |
| THEFT OF MAIL BY POSTAL EMPLOYEE<br>(2) | dismissed upon motion of govt |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Joseph Anthony Porto , Jr**<br>Assistant US Atty<br>1000 Louisiana<br>Ste 2300<br>Houston, TX 77002<br>713−567−9346<br>Fax: 713−718−3300<br>Email: joe.porto@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713–567–9000
Fax: 713–718–3391 fax
Email: flu.usatxs–@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2020 | 1 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Deleon A Manor (1) count(s) 1, 2, filed. (Attachments: # 1 Unredacted attachment) (ckrus, 4) (Entered: 10/21/2020) |
| 10/20/2020 | 2 | US Attys Criminal Docket Sheet as to Deleon A Manor, filed.(ckrus, 4) (Entered: 10/21/2020) |
| 10/20/2020 | 3 | ORDER for Issuance of Summons as to Deleon A Manor ( Signed by Magistrate Judge Peter Bray) Parties notified. (ckrus, 4) (Entered: 10/21/2020) |
| 11/02/2020 | 4 | NOTICE OF RESETTING as to Deleon A Manor. Initial Appearance set for 11/3/2020 at 01:30 PM in by video before Magistrate Judge Dena Hanovice Palermo, filed. (cfelchak, 4) (Entered: 11/02/2020) |
| 11/02/2020 | 8 | Pretrial Services Report (Sealed) as to Deleon A Manor, filed. (gfrancis, 3) (Entered: 11/05/2020) |
| 11/03/2020 | | INITIAL APPEARANCE Minute Entry for proceedings held on 11/3/2020 before Magistrate Judge Dena Hanovice Palermo as to Deleon A Manor, Defendant first appearance on Indictment. (Deft informed of rights). Defendant appeared without counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing FPD to be entered, Bond set, Unsecured 10,000, Defendant advised of conditions of release. Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Joe Porto f/USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Lyndsey Fermin) Bond executed and deft to be released, filed.(cfelchakadi, 4) (Entered: 11/04/2020) |
| 11/03/2020 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchakadi, 4) (Entered: 11/04/2020) |
| 11/03/2020 | | ARRAIGNMENT Minute Entry for proceedings held on 11/3/2020 before Magistrate Judge Dena Hanovice Palermo as to Deleon A Manor (1). Deft enters a plea of Not Guilty on Count(s) 1,2. Defendant appeared with counsel. Scheduling order issued with copies to parties. Appearances: AUSA Joe Porto f/USA; AFPD f/Deft.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Lyndsey Fermin) Deft continued on bond, filed.(cfelchakadi, 4) (Entered: 11/04/2020) |
| 11/03/2020 | 6 | SCHEDULING ORDER as to Deleon A Manor. ETT: 4 Days. Speedy Trial Limits Waived? No. Motion filing due by 11/18/2020. Responses due by 11/30/2020. Proposed Voir Dire and Jury Charge due no later than. Jury Trial set for 12/21/2020 at 1:00 PM in Courtroom 9B before Judge Sim Lake. ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchakadi, 4) (Entered: 11/04/2020) |
| 11/03/2020 | 9 | Addendum to 8 Pretrial Services Report (Sealed) as to Deleon A Manor, filed. (gfrancis, 3) (Entered: 11/05/2020) |
| 11/04/2020 | | NOTICE OF ATTORNEY APPEARANCE Kevin McGuire Cobb, Federal Public Defender, in case as to Deleon A Manor, filed.(Cobb, Kevin) (Entered: 11/04/2020) |

| | | |
|---|---|---|
| 11/04/2020 | 7 | ORDER Due Process as to Deleon A Manor ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 11/04/2020) |
| 11/10/2020 | 10 | Unsecured Bond Entered as to Deleon A Manor in amount of $ 10,000,, filed. (Attachments: # 1 Firearms Statement)(cfelchak, 4) (Entered: 11/10/2020) |
| 11/10/2020 | 11 | ORDER Setting Conditions of Release as to Deleon A Manor. ( Signed by Magistrate Judge Dena Hanovice Palermo) (Attachments: # 1 Unredacted attachment) Parties notified. (cfelchak, 4) (Entered: 11/10/2020) |
| 11/12/2020 | 12 | Unopposed MOTION to Continue by Deleon A Manor, filed. (Attachments: # 1 Proposed Order)(Cobb, Kevin) (Entered: 11/12/2020) |
| 11/12/2020 | 13 | ORDER granting 12 Motion to Continue as to Deleon A Manor (1). Motion Filing due by 1/29/2021. Responses due by 2/19/2021. Proposed Voir Dire, Jury Charge, Exhibit Lists, and Witness Lists due by 3/16/2021. Jury Trial set for 3/22/2021 at 01:00 PM in Courtroom 9B before Judge Sim Lake. (Signed by Judge Sim Lake.) Parties notified. (aboyd, 4) (Entered: 11/12/2020) |
| 11/17/2020 | 14 | Summons Returned Unexecuted on 11/02/20 as to Deleon A Manor, filed. (Attachments: # 1 Unredacted attachment)(gkelner, 4) (Entered: 11/18/2020) |
| 02/11/2021 | 15 | ORDER as to Special Order 2021–3 as to Deleon A Manor. Advisement due by 2/22/2021. ( Signed by Judge Sim Lake) Parties notified. (sanderson, 4) (Entered: 02/11/2021) |
| 02/11/2021 | | **Terminate Deadlines and Hearings as to Deleon A Manor: Jury Trial set for 3/22/2021 at 01:00 PM is CANCELLED pursuant to 15 Special Order (sanderson, 4) (Entered: 03/01/2021) |
| 03/01/2021 | 16 | Unopposed MOTION to Continue by Deleon A Manor, filed. (Attachments: # 1 Proposed Order)(Cobb, Kevin) (Entered: 03/01/2021) |
| 03/02/2021 | 17 | ORDER TO CONTINUE – Interest of Justice as to Deleon A Manor – Granting 16 Unopposed MOTION to Continue. Time excluded from 3/2/21 until 6/21/21... Motions due by 4/23/2021, Responses due by 5/14/2021, Proposed Voir Dire/Charge/Exhibit & Witness Lists due by 6/15/2021...*** Pretrial Conference set for 6/17/2021 at 11:30 AM in Courtroom 9B before Judge Sim Lake. *** Jury Trial set for 6/21/2021 at 01:00 PM in Courtroom 9B before Judge Sim Lake. ( Signed by Judge Sim Lake) Parties notified. (sanderson, 4) (Entered: 03/02/2021) |
| 06/01/2021 | 18 | NOTICE OF SETTING as to Deleon A Manor...*** Re–Arraignment set for 6/10/2021 at 11:30 AM in Courtroom 9B before Judge Sim Lake, filed.(sanderson, 4) (Entered: 06/01/2021) |
| 06/10/2021 | 19 | MOTION to Dismiss Count(s) *Two only.* by USA as to Deleon A Manor, filed. (Porto, Joseph) (Entered: 06/10/2021) |
| 06/10/2021 | 20 | Minute Entry for proceedings held before Judge Sim Lake: RE–ARRAIGNMENT held on 6/10/2021. Oath administered to Deft. Deleon A Manor (1) Pled Guilty Count 1. AFPD orally moves to waive PSR. Court orally GRANTS oral m/waive PSR. Dft agrees to proceed directly to sentencing. Appearances: Joseph Anthony Porto, Jr–AUA, Kevin McGuire Cobb–AFPD f/Dft. (Court Reporter: M. Malone) Deft continued on bond, filed.(sanderson, 4) (Entered: 06/10/2021) |
| 06/10/2021 | | ORAL MOTION to Waive PSR by Deleon A Manor, filed. (sanderson, 4) (Entered: 06/10/2021) |
| 06/10/2021 | | ORAL ORDER as to Deleon A Manor – Granting ORAL MOTION to Waive PSR. ( Signed by Judge Sim Lake) Parties notified. (sanderson, 4) (Entered: 06/10/2021) |
| 06/10/2021 | 21 | Minute Entry for proceedings held before Judge Sim Lake: Sentencing held on 6/10/2021 for Deleon A Manor (1), Count(s) 1, 2 yrs probation; No fine; Restitution in amount of $60.00 to victims; $100 Special Assessment.; Count(s) 2, dismissed upon motion of govt. Appearances: Joseph Anthony Porto, Jr–AUSA, Kevin McGuire Cobb–AFPD f/Dft. (Court Reporter: M. Malone) Deft continued on bond, filed.(sanderson, 4) (Entered: 06/10/2021) |

| | | |
|---|---|---|
| 06/10/2021 | 22 | ORDER as to Deleon A Manor – Granting 19 MOTION to Dismiss Count(s) *Two only*. ( Signed by Judge Sim Lake) Parties notified. (sanderson, 4) (Entered: 06/10/2021) |
| 06/10/2021 | | DISMISSAL OF COUNTS on Government Motion as to Deleon A Manor. Deleon A Manor (1) Count 2 DISMISSED. (sanderson, 4) (Entered: 06/10/2021) |
| 06/11/2021 | 23 | JUDGMENT as to Deleon A Manor ( Signed by Judge Sim Lake) Parties notified. (gkelner, 4) (Entered: 06/11/2021) |
| 06/11/2021 | 24 | Statement of Reasons (Sealed) as to Deleon A Manor. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney–information – Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 06/11/2021) |
| 06/23/2022 | 25 | Supervised Release Jurisdiction Transferred to United States District Court for the Western District of Texas, Austin Division as to Deleon A Manor., filed.(jdav, 4) (Entered: 06/28/2022) |
| 06/23/2022 | 26 | Letter re Transfer of Jurisdiction to the Western District of Texas, Austin Division Division as to Deleon A Manor, filed. (jdav, 4) (Entered: 06/28/2022) |