```
PROB 12C
(6/96)
```

FILED
June 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
DEPUTY

# United States District Court

for

### WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Deleon A. Manor</u>                    Case Number: <u>1:22-CR-133(01)-RP</u>

Name of Sentencing Judicial Officer: <u>Honorable Sim Lake, Senior U.S. District Judge, Southern District of Texas- Houston</u>

Date of Original Sentence:  <u>June 10, 2021</u>

Original Offense: <u>Delay or Destruction of Mail by a Postal Employee, in violation of 18 U.S.C. § 1703(a).</u>

Original Sentence: <u>Two (2) Years Probation. Special conditions include:  $100 special assessment (satisfied) and $60.00 restitution (satisfied)</u>

Type of Supervision: <u>Probation</u>                    Date Supervision Commenced: <u>June 10, 2021</u>

Assistant U. S. Attorney: <u>Joe Porto</u>            Defense Attorney: <u>Kevin McGuire Cobb (AFPD)</u>

---

### PREVIOUS COURT ACTION

On June 23, 2022, a Transfer of Jurisdiction was accepted by the Western District of Texas – Austin Division and assigned to the docket of the Honorable Robert Pitman.

### PETITIONING THE COURT

[ X ]  To issue a warrant            [  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1**: "The defendant shall not commit another federal, state, or local crime.

Deleon Manor
Petition for Warrant or Summons for
Offender Under Supervision

**Nature of Noncompliance:** On May 31, 2022, according to an Affidavit for Warrant of Arrest and Detention, deputies with the Travis County Sheriff's Department responded to a domestic disturbance call. Upon arrival, deputies encountered the defendant's partner who stated that he and Manor and gotten into a verbal altercation that led to a physical assault. The victim stated that Manor had struck him repeatedly with a closed fist to the head and upper torso area. Manor placed the victim in a choke hold which impeded the victim's breathing. The victim had visible marks on his body.

Deputies detained Manor for questioning after he was trying to leave the scene in his vehicle. During questioning, deputies discovered in Manor's vehicle a green Crown Royal bag that contained several wallets, 14 credit/debit cards/ 9 driver's licenses/1 concealed carry license/ and 3 social security cards all with various names. Deputies were able to get a hold of 5 of the victims who advised that Manor had no permission to have their possessions.

Manor was taken into custody and charged with the following felony offenses: Assault Family Violence – Impede Breathing – 3rd degree felony (Cause No. D-1-DC-22-203549); Possession of Identifying Information – 3rd degree felony (Cause No. D-1-DC-22-500194); and Possession of Credit Card or Debit Card Information – 3rd degree felony (Cause No. D-1-DC-22-500195). Manor subsequently bonded out for said charges and all cases remain pending in state court.

**U. S. Probation Officer Recommendation:** The defendant did not only commit an assault but, was in possession of personal identification of others without their permission. He has committed new law violations while on supervision, and a warrant is requested to address the above noted allegations. It is respectfully recommended his term of supervised release be revoked.

Approved by,

_____
Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Jennifer Black
U.S. Probation Officer
Date: June 27, 2022

Miguel Rodriguez signing for Jeniffer Black

Received by,

*Mark H. Marshall*
Mark Marshall
Assistant U.S. Attorney

☐ recommend    ☐ does not recommend    Justification: _____

Deleon Manor
Petition for Warrant or Summons for
Offender Under Supervision

---

**THE COURT ORDERS:**

[ ] No Action

[x] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Dustin M. Howell, US Magistrate Judge

June 28, 2022
Date